# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**HENRI HAGE,** individually, **ATLANTC CENTER, III, LLC, ATLANTIC GAMES OF DELRAY, LLC,** and **IMNEX INTERNATIONAL CORPORATION,**
Appellants,

v.

**AG RESOLUTIONS, LLC,**
Appellee.

No. 4D22-352

[March 23, 2023]

Appeal from the County Court for the Seventeenth Judicial Circuit, Broward County; Florence Taylor Barner, Judge; L.T. Case No. 2020CC003417.

Thomas J. Gruseck, West Palm Beach, for appellants.

Meghhaa Kumaarr and Alejandro F. Hoyos of Law Office of Alexis Gonzalez, P.A., Coconut Grove, for appellee.

PER CURIAM.

*Affirmed.*

MAY, CIKLIN and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***